

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2018

No. 04-17-00563-CV

**FIRE CHIEF CHARLES HOOD**, In His Official Capacity Only,
Appellant

v.

Fernando **MUNOZ** and Edward Chacon,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI16293
Honorable Norma Gonzales, Judge Presiding

# O R D E R

After this court granted appellant's first motion for extension of time to file his brief, the brief was due March 21, 2018. Appellant has now filed a second motion for extension of time asking for an additional thirty days in which to file his brief. The motion is unopposed. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court on or before April 20, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court